1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE R. SALINAS,

    Petitioner,                      No. 2:09-cv-0435 MCE KJN (HC)

    vs.

STEVE MOORE,

    Respondent.

_____/

JOSE R. SALINAS,

    Petitioner,                      No. 2:10-cv-2798 GEB DAD (HC)

    vs.

S. SALINAS, Warden,                  RELATED CASE ORDER

    Respondent.

_____/

        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a), E.D. Cal. (2008).  The actions involve similar questions of fact and the same question of law.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1       The parties should be aware that relating the cases under Local Rule 123 merely
2 has the result that the actions are assigned to the same judge; no consolidation of the actions is
3 effected.  Under the regular practice of this court, related cases are generally assigned to the
4 judge and magistrate judge to whom the first filed action was assigned.

5       Therefore, IT IS ORDERED that the action denominated as <u>Salinas v. Salinas</u>,
6 No. 2:10-cv-2798 GEB DAD (HC) is reassigned to District Judge Morrison C. England, Jr. and
7 Magistrate Judge Kendall J. Newman for all further proceedings.  Henceforth, the caption on
8 documents filed in the reassigned case shall be shown as No. 2:10-cv-2798 MCE KJN (HC).

9       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
10 adjustment in the assignment of civil cases to compensate for this reassignment.

11 Dated: December 9, 2010

              MORRISON C. ENGLAND, JR.
              UNITED STATES DISTRICT JUDGE